# LAW OFFICE OF SARAH KUNSTLER
315 FLATBUSH AVENUE #103 • BROOKLYN, NEW YORK 11217
(718) 783-3682 • FAX (347) 402-2014 • KUNSTLERLAW.NET

October 30, 2019

<div style="float:right; border:1px solid black; padding:4px;">
USDC SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC #:_____<br>
DATE FILED: 12/02/2019
</div>

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  United States v. William Ramos
14-cr-00484-LGS

Dear Judge Schofield:

I am the attorney for William Ramos in the above-captioned case. I write in response to the letter from my client, which was filed on the docket on October 25, 2019, in which he raises a potential claim under *United States v. Davis*, 588 U.S. ___ (2019).

I have discussed this matter with the government, and we agree that a status conference would be appropriate. I write to respectfully request that the Court set a conference date three to four weeks from today's date. This will allow the government adequate time to effectuate Mr. Ramos' transport from his designated facility to the Southern District of New York.

I would also ask that the Court ask for CJA counsel on duty to be present, as it is likely, after consultation with my client, that I will be making a change of counsel request.

Thank you for your kind consideration of this request.

Respectfully,

*Sarah Kunstler*

Sarah Kunstler
Attorney for William Ramos

CC: AUSA Michael Maimin

Application Granted. The parties shall appear for a status conference on January 7, 2020 at 11:00 a.m. The Clerk of the Court is directed to terminate the letter motion at docket number 34.

Dated: December 2, 2019
New York, New

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE