USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA,
                            Plaintiff,

            -against-

    WILLIAM RAMOS,
                          Defendant,
-------------------------------------------------------- X

14 Cr. 484 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that (1) conference scheduled for tomorrow, January 23, 2020, is CANCELED, and (2) the parties shall file a status letter on or before **January 24, 2020**.

Dated: January 22, 2020
       New York, New York

                                         LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE