UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES,  :
: 14 Cr. 484 (LGS)
:
-against-  : ORDER
:
WILLIAM RAMOS,  :
Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 1, 2020, Defendant moved by email to Chambers for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). It is hereby

**ORDERED** that the Government shall submit a response to the Chambers email address as soon as possible and in any event no later than **April 3, 2020**. In the response, the Government shall address the representation by Defendant that the Bureau of Prisons ("BOP") has designated William Ramos as "high risk," and inform the Court as to whether and when the BOP intends to respond to Defendant's request.

Dated: April 1, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**