UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA            :
                              Plaintiff,  :
                                                    :         14 Cr. 484 (LGS)
            -against-                         :
                                                    :         ORDER
WILLIAM RAMOS                          :
                              Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** the parties shall file a joint status letter on **August 3, 2020.**

Dated: July 29, 2020
        New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE