UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------  X
                                                       :
 UNITED STATES,                                        :
                                                       :              14 Cr. 484 (LGS)
                                                       :
              -against-                                :              ORDER
                                                       :
 WILLIAM RAMOS,                                        :
                              Defendant.               :
-------------------------------------------------------  X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court received a letter dated December 16, 2020, from Defendant, stating that he "asked [his] lawyer Harvey Fishbein" to file a renewed § 3582(c) motion for compassionate release, in part based on the risk of contracting COVID-19 at the MDC.

WHEREAS, Mr. Fishbein served as Defendant's counsel for the limited purpose of assisting Defendant with a request to transfer to a new prison.  Dkt. No. 62.

WHEREAS, on December 9, 2020, the Court issued an Order denying Defendant's request for the appointment of counsel to assist him with a renewed motion for compassionate release without prejudice, as Defendant's transfer to Edgefield, South Carolina was reported to be imminent.  Dkt. No. 64.

WHEREAS, on December 22, 2020, the Government filed a letter indicating that Marshals initiated Mr. Ramos's transfer to Edgefield, South Carolina on December 21, 2020.  It is hereby

**ORDERED** that by **January 8, 2021**, Mr. Fishbein shall file a status letter apprising the Court as to the status of his representation of Defendant.  It is further

**ORDERED** that by **January 8, 2021**, the Government shall file a status letter apprising the Court as to whether Defendant's transfer to Edgefield, South Carolina is complete and shall transmit a copy of this Order to Defendant.

A copy of Defendant's December 16, 2020, letter, which makes reference to Mr. Fishbein's medical conditions, will be transmitted to Mr. Fishbein and the Government by e-mail.

Dated: January 5, 2021
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

# EXHIBIT A