UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
     UNITED STATES,

                      -against-

     WILLIAM RAMOS,
                               Defendant.
------------------------------------------------------------- X

14 Cr. 484 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, the Court received a letter dated December 16, 2020, from Defendant regarding an anticipated renewed § 3582(c) motion for compassionate release, in part based on the risk of contracting COVID-19 at the MDC.

     WHEREAS, on February 8, 2021, the Government filed a letter indicating that Mr. Ramos was successfully transferred to Edgefield FCI.  Dkt. No. 72.  It is hereby

     **ORDERED** that, by **February 26, 2021**, Defendant shall file a letter informing the Court whether, in light of his recent transfer to Edgefield, South Carolina, he intends to pursue a renewed § 3582(c) motion for compassionate release.  It is further

     **ORDERED** that, by **February 11, 2021**, the Government shall transmit a copy of this Order to Defendant.

Dated: February 9, 2021
          New York, New York

                                                   LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE