UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
    UNITED STATES,

                          -against-

    WILLIAM RAMOS,
                                     Defendant.
------------------------------------------------------------- X

14 Cr. 484 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court received a letter dated December 16, 2020, from Defendant regarding an anticipated renewed § 3582(c) motion for compassionate release, in part based on the risk of contracting COVID-19 at the MDC.

WHEREAS, on February 8, 2021, the Government filed a letter indicating that Defendant was successfully transferred to Edgefield FCI. Dkt. No. 72.

WHEREAS, on February 9, 2021, the Court issued an Order directing Defendant to file a letter informing the Court whether, in light of his recent transfer to Edgefield, South Carolina, he intends to pursue a renewed § 3582(c) motion for compassionate release.

WHEREAS, no such letter was filed. It is hereby

**ORDERED** that, by **March 24, 2021**, Defendant shall file a letter informing the Court whether, in light of his recent transfer to Edgefield, South Carolina, he intends to pursue a renewed § 3582(c) motion for compassionate release. It is further

**ORDERED** that, by **March 12, 2021**, the Government shall transmit a copy of this Order to Defendant.

Dated: March 10, 2021
        New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE