UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                 :
UNITED STATES,                                     :
                                                       :           14 Cr. 484 (LGS)
                                                       :
                    -against-                       :                <u>ORDER</u>
                                                       :
WILLIAM RAMOS,                            :
                                        Defendant.      :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Court received a letter dated December 16, 2020, from Defendant regarding an anticipated renewed motion for compassionate release pursuant to 18 U.S.C. § 3582(c), in part based on the risk of contracting COVID-19 at the MDC.  Dkt. No. 67.

       WHEREAS, on February 8, 2021, the Government filed a letter indicating that Defendant was successfully transferred to Edgefield FCI.  Dkt. No. 72.

       WHEREAS, on February 9, 2021, the Court issued an Order directing Defendant to file a letter informing the Court whether, in light of his recent transfer to Edgefield, South Carolina, he intends to pursue a renewed § 3582(c) motion for compassionate release (Dkt. No. 73), and no such letter was received by the Court.

       WHEREAS, on March 10, 2021, the Court issued an Order directing Defendant to file, by March 24, 2021, a letter informing the Court whether, in light of his recent transfer to Edgefield, South Carolina, he intends to pursue a renewed § 3582(c) motion for compassionate release.  Dkt. No. 78.

       WHEREAS, the Court received by mail, the letter from Mr. Ramos attached as Exhibit A, dated March 21, 2021, and informing the Court that he intends pursue the anticipated renewed motion for compassionate release.  It is hereby

**ORDERED** that, Mr. Ramos's December 16, 2020, and March 21, 2021, letters are construed as a renewed motion for compassionate release pursuant to 18 U.S.C. § 3582(c) (the "Motion"). It is further

**ORDERED** that by **April 22, 2021**, the Government shall (1) obtain and send a complete set of Defendant's updated BOP medical records to the Chambers e-mail address, (2) transmit a copy of such medical records to Defendant and (3) file any opposition to the Motion. It is further

**ORDERED** that by **April 9, 2021**, the Government shall transmit a copy of this Order to Defendant.

Dated: April 7, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

# EXHIBIT A

3-21-21

To Honorable Judge Lorna.G Scofield, I recently recieved a letter informing me that no letter requesting compassionate was ever recieved. When in fact I wrote to you your Honor requesting 3582 motion for compassionate release. I believe I sent the letter from Brooklyn MDC sometime in January. Now I have no adequate legal representation due to the fact that Harvey Fishben has been relief of his duties to me as my lawyer. I wrote another letter late Febuary or early march asking you if my letter requesting compassionate release was adequately prepared for you. So to my knowledge I did send multiple letter asking if my request was in other words prepared well or sufficient enough because I am seeking a 3582 C.1 A for compassionate release due to covid and the fact that my current facility did have an outbreak and that I am in a hot zone for travel if I were released for Halfway House. To sum it all up your Honor I have no lawyer last time we did speak he told me that my medical records should still be in your possesion and that you would inform me if my renewal for 3582 compassionate release was good. Please inform me of what I need to do thank you

Respectfully Submitted
70874054   William. Ramos