UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 : 
UNITED STATES OF AMERICA :
 : 
 : 14 Cr. 484 (LGS)
-against- :
 : ORDER
WILLIAM RAMOS, :
Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS a status conference regarding the Probation Department's Violation of Supervised Release Report and Petition dated May 16, 2023, is currently scheduled for June 13, 2023, at 10:30 a.m.  It is hereby

**ORDERED** that Mr. Michael Bloch, CJA attorney on duty today, is appointed to represent Defendant for the duration of the violation of supervised release proceedings.  It is further

**ORDERED** the parties shall file a joint status letter on **June 5, 2023,** informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated: May 24, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE