UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                   -against-

    WILLIAM RAMOS,
                                   Defendant.
------------------------------------------------------------ X

14 Cr. 484 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    The parties shall appear for a status conference on **August 15, 2023, at 10:30 a.m**.

Dated: July 27, 2023
       New York, New York

                                                      **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**