UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

WILLIAM RAMOS,

                               Defendant.

------------------------------------------------------------X

14 Cr. 484 (LGS)

REMAND ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Defendant William Ramos is hereby remanded to the custody of the United States Marshal.

Dated: August 15, 2023
New York, New York

                                            LORNA G. SCHOFIELD
                                            United States District Judge