UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                        :
   UNITED STATES OF AMERICA,        :
                                                        :
                                                        :          14 Cr. 484 (LGS)
              -against-          :
                                                        :          <u>ORDER</u>
   WILLIAM RAMOS,            :
                                       Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing currently scheduled for January 8, 2024, at 10:30

a.m., is adjourned to **January 8, 2024, at 2:30 p.m.**

Dated: December 26, 2023
       New York, New York

                                  LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE