UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

WILLIAM RAMOS,

Defendant.
------------------------------------------------------------X

14 Cr. 484 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing currently scheduled for January 8, 2024, at 12:30 p.m., is adjourned to **January 8, 2024, at 9:45 a.m.**

Dated: January 4, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**