UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
UNITED STATES OF AMERICA,  :
                         Plaintiff,  :
:      14 Cr. 484 (LGS)
     -against-  :
:      <u>RELEASE ORDER</u>
WILLIAM RAMOS,  :
                         Defendant,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS Defendant WILLIAM RAMOS was sentenced on January 8, 2024, to a term of "TIME SERVED." It is hereby

    **ORDERED** that defendant WILLIAM RAMOS shall be released from the custody of the United States Marshal Service.

Dated: January 8, 2024
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                 United States District Judge